# WL | Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
www.wrightlaw.nyc

November 25, 2024

**VIA ECF**
The Honorable Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Curtis Wright (24-cr-00420-PAE)*

Dear Judge Engelmayer:

    I represent Calvin Wright in the instant indictment and write today to respectfully request a brief adjournment of Mr. Wright's sentence date scheduled for December 9, 2024.

    I make the instant request as I am will be out of the office on December 9, 2024, placing my elderly mother in long-term care and need some time to attend to that family matter. This health decline is rather sudden and will require my immediate attention. I therefore respectfully request a new date for Mr. Wright's sentence for any of the following dates: December 30 2024; January 2, 3, 6-8,10, 2024, or any other date thereafter that works best for the Court.

    I have advised counsel for the government, AUSA Sebastian Swett, regarding the instant application and the government graciously consents to this request.

Sincerely,
/s/
Christopher Wright

---

**GRANTED.** Sentencing is adjourned to **January 10, 2025** at **11:00 a.m.** The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 30.

SO ORDERED.

11/25/2024

*[signature]*
_____
PAUL A. ENGELMAYER
United States District Judge