To:  Hon. Paul A. Engelmayer

My name is Isaiah Alleyne, I'm 22 years old and the step-son to Calvin Wright. I just want to start off by saying that words can't even explain how important he is in my life and still is! To me he's the true epitome of what it means to be a father. I look up to him more than he would ever know. I'm not perfect, but he always showed me that if you're not going to be perfect, be as close as you can in any situation.  He has been there before I was able to take my first step and he made it his priority to raise me up the right way no matter how hard it was or how many mistakes I made along the way even when I fell down he was always right there for me.  I don't know how I'd be able to cope with him being incarcerated.

My brother, my sister and I depend on him to keep our family together. There's been times he worked 7 days a week and is doing overtime as much as he can just to make sure we are supported and cared for. He has taught me many things, but the one that's most important to me is hard work. He taught me that there's nothing easy in life, you have to work hard for it , and that will forever be embedded in me.  I believe my dad is not a reflection of this current situation. I deeply believe he deserves the chance to keep contributing to my growth and my siblings and continue being that role-model for my family.

Thanks for taking the time to read this letter, and I trust that your decision will be a positive for our family.

Sincerely,
Isaiah Alleyne
1/3/25